**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>          **Plaintiff,**<br><br>     vs.<br><br>**James D Fishbaugh**<br>          **Defendant.** | **Case No. 25-mj-08159-ADM**<br><br>**Filed Under Seal** |

**CRIMINAL COMPLAINT**

I, Steven Emmons, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as follows:

**COUNT 1
ATTEMPTED COERCION AND ENTICEMENT OF A MINOR
[18 U.S.C. § 2422(b)]**

On or between August 21, 2025 and August 22, 2025, in the District of Kansas and elsewhere, the defendant,

**James D Fishbaugh**

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

# COUNT 2

**TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT AND ATTEMPT**
[18 U.S.C. § 2423(b) & (f)]

On or about August 22, 2025, in the District of Kansas and elsewhere, the defendant,

**James D Fishbaugh**

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. Sections 2423(G) and 2246(2), with another person, and attempted to do so.

In violation of Title 18, United States Code, Section 2423(b).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I am a certified law enforcement officer in the state of Missouri and have been for approximately 8 years.  I am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. I have been assigned to investigate computer crimes to include violations against children.  I have gained expertise in conducting such investigations through seminars, training, classes, and everyday work related to conducting these types of investigations.  As a Task Force Officer or TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      This affidavit is based upon information I have gained from my investigation as well as my training and experience.  This affidavit is intended to show

only that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter. As will be shown below, there is probable cause to believe **JAMES D FISHBAUGH** (hereinafter "**FISHBAUGH**"), engaged in the attempted online enticement of a minor and traveled from Missouri to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, or attempted to do so, in violation of 18 U.S.C. §§2422(b) and 2423(b) and (f).

## BACKGROUND OF THE INVESTIGATION

3.      On August 21, 2025 FBI's Child Enticement and Human Trafficking Taskforce conducted an online chat operation aimed at identifying individuals who engage in the online enticement of minors. An FBI Online Covert Employee, or OCE, utilizing the online chat application called "Chat IB" and username "Jynxnthings" created a profile for a female, age 18. The age 18 was used to create the account due to the website requiring the user be at least that age. OCE received a message from a user identified as "**MFrFyngslt,**" an account subsequently identified as **FISHBAUGH**'s, whose listed age was 52. **FISHBAUGH** started the conversation with "hi" and the OCE responded back "Hola, that's Spanish for hi lol" and "just so you know im only 14." **FISHBAUGH** continued to talk with the OCE.

4.      **FISHBAUGH** contacted the OCE at 11:30 am on August 21, 2025 and the OCE responded back at 11:40 am the same day. **FISHBAUGH** responded back at 11:42 "what are you looking for on here" and "are you in school yet." This is the last captured

chat on the website Chat IB. The OCE stated they were home schooled and that they were going to the pool. OCE stated texting would be easier than using the website Chat IB to talk and gave their phone number asking if **FISHBAUGH** wanted to text. **FISHBAUGH** engaged the OCE via text, logging out of the webpage which resulted in the chats no longer being available for the OCE to capture. **FISHBAUGH** engaged the OCE via text message at 12:20 pm using phone number XXX-XXX-7832.  Below is an excerpt from the text messages:

    a. OCE: "Wat u doing today"

    b. FISHBAUGH: "Well I was trying to find someone to hangout with"

    c. OCE: "What like from chat ib" "That's scary"

    d. FISHBAUGH: "lol I have before just have to be careful"

    e. OCE: "rlly" "Like I don't think u have to get worried about being kidnapped" "how old r u"

    f. FISHBAUGH: "lol I am old"

    g. OCE: "Haha how old"

    h. FISHBAUGH: "49" "Told ya old lol"

    i. OCE: "wow" "I'm 14 so ur like way older hahaha"

5.     The aforementioned chats occurred early in the conversation and the OCE established their age and background. **FISHBAUGH** states "I am a perv lol" and the OCE responds: "ur funny" "perv (cry laugh emoji)." Later in the chat **FISHBAUGH** asks "how is the pool." Below is an excerpt from that section of the conversation:

a. FISHBAUGH: "How is the pool"

b. OCE: "im 5'2 ur so much bigger than me" (in response to a previous question) "I haven't made it there yet lol still changin"

c. OCE: "im slowwww"

d. FISHBAUGH: "oh ya" "hmmm" "One peace is hard to get on"

e. OCE: "not too bad but it was still wet from yesterday so a lol" "goin there nose" "now"

f. FISHBAUGH: "lol I am not saying a word

g. OCE: "Lol whattt"

h. FISHBAUGH: "why you get it so wet"

i. OCE: "My bathing suit" "I jumped in the pool"

j. FISHBAUGH: "lol"

k. OCE: "lol whattt"

l. FISHBAUGH: "I was betting stupid" "being"

m. OCE: "haha"

n. FISHBAUGH: "perv"

o. OCE: "ohhh u being dirty"

p. FISHBAUGH: "whole" "who me"

q. OCE: "Yesss"

r. FISHBAUGH: "maybe a little"

6. **FISHBAUGH** continued to engage the OCE in chats that progressively got more sexual in nature. **FISHBAUGH** asks the OCE if they are a "v." Based on training and experience, the OCE understood "v" to mean virgin, and responded "no." Below is the excerpt from that portion of the chat:

   a. FISHBAUGH: "are you a v"

   b. OCE: "no"

   c. FISHBAUGH: "how old when you did it"

   d. OCE: "13" "last year"

   e. FISHBAUGH: "Damn how old was he"

   f. OCE: "22 I think"

   g. FISHBAUGH: "Damn"

   h. OCE: "yeah"

   i. FISHBAUGH: "like the old ones lol"

   j. OCE: "hahaha I guess"

   k. FISHBAUGH: "just one guy so far?"

   l. OCE: "Ummmmm hahaha" "3"

   m. FISHBAUGH: "lol how pull it off not get caught"

   n. OCE: "idk"

   o. FISHBAUGH: "lol"

   p. OCE: "they just came over anndddd"

   q. FISHBAUGH: "really" "mom must be gone a lot"

    r. OCE: "She works till 9" "I'm home alone a lot"

    s. FISHBAUGH: "lol" "hmmm" "22 the oldest?"

    t. OCE: "yeah" "I mean I know I shouldn't"

    u. FISHBAUGH: "ya I can relate because I would uhh ya"

    v. OCE "hahaha whatttt"

    w. FISHBAUGH: "nothing being good well trying"

    x. OCE "u just said you would" "that's not being good"

7. Later in the text messages **FISHBAUGH** asks the OCE if she used protection. OCE responds: "yeah buy my last bf didn't once" "I'm not on bc righ now the prescription made me sick." Based on training and experience, "bc" commonly occurs in chat communications to mean birth control. Below is an excerpt from that section of texts:

    a. FISHBAUGH: "that stinks"

    b. OCE: "what"

    c. FISHBAUGH: " ast time you did it" "the bc made you sick"

    d. OCE: "Oh, we are gonna try a different one" "it's fine"

    e. FISHBAUGH: "so"

    f. OCE: "soooo:

    g. FISHBAUGH: "would u?"

    h. OCE: "?"

    i. FISHBAUGH: "lol"

j. OCE: "lol like whatttt"

k. FISHBAUGH: "do 49"

l. OCE: "like do u (laugh tongue out emoji) hahahaa I mean u are really nice!!"

8. The conversation continues and **FISHBAUGH** continues to escalate the sexual nature of the conversation. Below are multiple excerpts from the text. Note: separations by …. denote separate excerpts from the text.

a. FISHBAUGH: (receives a clothed image of an adult female decoy who is younger in appearance showing half of her face) "awww" "you're very pretty"

b. OCE: "thank you"

c. FISHBAUGH: "yw I totally would lol" (affiant believes this to mean that FISHBAUGH would engage in sexual activity with the OCE who is acting as a 14 year old female.)

….

d. OCE: "what's your name?" "I'm Sarah btw haha"

e. FISHBAUGH: "Jason nice to meet you" (During the text conversation FISHBAUGH identified himself as "Jason." Based on training and experience affiant knows that individuals who engage in the online enticement of children often provide a false name or identity.)

….

8

f. FISHBAUGH: "I would love to meet you sometime:)"

g. OCE: "whatttt" "lol really"

h. FISHBAUGH: "if you would want" "sorry prob shouldn't have said that"

i. OCE: "I'm mean" "lol"

j. FISHBAUGH: "is that a yes lol"

k. OCE: "can I see you? I want to know if ur cute lol"

l. FISHBAUGH: "if you delete lol I don't want to get in trouble"

….

m. FISHBAUGH: "Swim tomorrow?"

n. OCE: "cute leg" (in response to a picture FISHBAUGH sent to OCE of his dog on his leg) "lol"

o. FISHBAUGH: "ty"

p. OCE: "Ummm what time"

q. FISHBAUGH: "So last time you had sex how long ago?"

r. OCE: "I ain't getting up early"

s. FISHBAUGH: "whenever you can"

t. OCE: "it's been a min"

u. FISHBAUGH: "lol no"

v. OCE: "like 2 months"

w. FISHBAUGH: "Almost a yr for me" "what's early lol"

x. OCE: "like 1130"

y. FISHBAUGH: "That's early lol" "I could come whenever you want me to"

z. OCE: "like maybe around like noon idk"

aa. FISHBAUGH: "ok anything I should bring?"

bb. OCE: "ummm idk I told you I'm not on bc ne more" "so like a condom maybe"

cc. FISHBAUGH: "ok wasn't sure if you wanted to do anything"

dd. OCE: "if ur cute maybe haha"

ee. FISHBAUGH: "lol if your tiny it might not fit all fit" "so you don't have cameras at the house lol like a ring camera or anything"

ff. OCE: "is it that biggg omg" "don't hurt me"

gg. FISHBAUGH: "I won't lol"

hh. OCE: "ummm no we don't have a camera"

ii. FISHBAUGH: "It's long and very thick"

jj. OCE: "(drool emoji) wow"

kk. FISHBAUGH: "just don't want to get busted lol"

ll. OCE: "Like, I'm not gonna say my mom would be sooo mad haha"

mm. FISHBAUGH: "lol I would be in jail lol"

nn. OCE: "that's worse haha"

oo. FISHBAUGH: "yes" "you made me hard just saying"

10

9. Below are continued excerpts from the conversation.

    a. FISHBAUGH: "what color of panties you have on"

    b. OCE: "ummm green"

    c. FISHBAUGH: "thong?"

    d. OCE: " haha nooo" "my mom won't let me wear one"

    e. FISHBAUGH: "shaved"

    f. OCE: "yeah sometimes"

    g. FISHBAUGH: "why"

    h. OCE: "why what"

    i. FISHBAUGH: "shaved now?"

    j. OCE: "Noooo"

    ….

    k. FISHBAUGH: "you kinky?"

    l. OCE: "lol like idk"

    m. FISHBAUGH: "like to suck?"

    n. OCE: "I mean, I'm not gonna say no (drool emoji)"

    o. FISHBAUGH: "I love to lick"

    p. OCE: "Like lick me haha"

    q. FISHBAUGH: "you haven't had that done?" "And I will till you cum:)"

    ….

r. FISHBAUGH: "can I put it in without a condom for just a bit" "I am excited to"

s. OCE: "ummm do u promise not to cum in me" "maybe" "lol"

t. FISHBAUGH: "yes" "have you had cum in you before"

u. OCE: "ummm like not in me lol"

….

v. FISHBAUGH: "10 inches and thick"

w. OCE: "Bruhh" "No way"

x. FISHBAUGH: "lol yes"

y. OCE: "that is a lot"

z. FISHBAUGH: "You will love it just might walk bow legged lol"

….

aa. FISHBAUGH: "yes will we be rushed"

bb. OCE: "I don't think so" "my mom works" "so no lol"

cc. FISHBAUGH: "so we can a couple times"

dd. OCE: "If we can haha"

ee. "if you can hang lol" "Sucks I have to cover it"

10. **FISHBAUGH** asks the OCE about when they last had their period. **FISHBAUGH** states "asking for a reason lol" then he asks "so is that ovulation period?" OCE ends the conversation with **FISHBAUGH** shortly after stating they would talk to

**FISHBAUGH** tomorrow. On August 22, 2025 OCE continues the conversation with **FISHBAUGH** stating "goood morningggggggg."

11.     **FISHBAUGH** continues to have a sexually charged conversation and discusses meeting the OCE stating "I have to get gas and condoms if we need them lol" OCE sends **FISHBAUGH** their location and at 12:23 pm **FISHBAUGH** states they have arrived at the apartment. **FISHBAUGH** was taken into custody and searched incident to arrest. Law enforcement located 2 condoms and a cell phone in **FISHBAUGH**'s pockets. TFO Emmons called the phone number **FISHBAUGH** used to text on and observed **FISHBAUGH**'s phone to ring. This interaction was captured on body camera as well as the test phone call to **FISHBAUGH**'s phone.

12.     **FISHBAUGH** was read his Miranda rights and stated he understood his rights and signed a waiver to speak with law enforcement. During the interview with **FISHBAUGH** he confessed to meeting a 14 year old girl on-line, leaving his home in Blue Springs, Missouri, stopping for condoms, and subsequently traveling across state lines into Kansas to meet a 14 year old girl for sex.

## CONCLUSION

13.     Your affiant respectfully submits that there is probable cause to believe that **James D FISHBAUGH** has knowingly engaged in the attempted online enticement of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal

sexual activity with a minor, or attempted to do so, in violation of 18 U.S.C. § 2422(b) and 2423(b) & (f).

*Steven Emmons*
Steven L Emmons
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this day __22nd__ of August 2025.

*Rachel Schwartz*
HONORABLE RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE

# PENALTIES

### Count 1: ATTEMPTED COERCION AND ENTICEMENT OF A MINOR [18 U.S.C. § 2422(b)]

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

### Count 2: Travel with intent to Engage in Illicit Sexual Conduct with a Minor, or Attempt [18 U.S.C. § 2423(b) & (f)]

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).